**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------X
 MICHAEL W. PATRICK,

                       Plaintiff,                23 **CIVIL** 10942 (LJL)

     -v-                                 **JUDGMENT**

KILOLO KIJAKAZI,

                       Defendant.
---------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 20, 2026, Plaintiff's Motion for Judgment on the Pleadings is GRANTED. This case is remanded to the Commissioner of Social Security for further proceedings consistent with the opinion.

**Dated:**  New York, New York

      May 21, 2026

                               **TAMMI M. HELLWIG**
                            _____
                               **Clerk of Court**

              **BY:**          *K. mango*
                               _____
                             **Deputy Clerk**